MILLER v. STATE OF INDIANA.

[No. 29,526. Filed May 27, 1957.]

*Willie Miller, pro se.*

*Edwin K. Steers,* Attorney General, and *Robert M. O'Mahoney,* Deputy Attorney General, for respondents.

PER CURIAM.—The rule is now well established that a petition for a belated appeal must not only show cause for the delay but ". . . there must be a . . . prima facie showing made of merit to the appeal." Ewbank's Indiana Criminal Law, §541, p. 351, and cases cited.

Petitioner states as a conclusion "that there is a prima facie showing made of merits," but fails completely to state any facts by which the merit of such appeal might be ascertained.

The petition is therefore dismissed.

NOTE.—Reported in 142 N. E. 2d 432.